**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>MARTHA AKERS,<br>   *Debtor.*<br><br>MARTHA AKERS,<br>   *Appellant*,<br><br>  v.<br><br>WENDELL W. WEBSTER,<br>   *Appellee.* | Civil Action No. 18-cv-01322 (DLF)<br><br>(Bankruptcy No. 16-00600) |

## MEMORANDUM OPINION

On May 31, 2018, Martha Akers filed a notice of appeal from bankruptcy case No. 16-600. Dkt. 1.

On June 19, 2018, the Clerk of Court provided the parties with notice of transmission of the record on appeal. Dkt. 3. In that notice, the Clerk of Court notified appellant Martha Akers that Rule 8018(a) of the Bankruptcy Rules of Civil Procedure required her to serve and file any brief by July 19, 2018, and that failure to do so could result in dismissal on appellee's motion or, after notice, on the Court's own motion. *Id.*

On August 6, 2018, Akers still had not filed a brief, and the Court issued a minute order explaining that Akers had missed her Rule 8018(a) deadline. The Court further explained that, under Rule 8018(a)(4), if an appellant fails to file a brief on time, the district court, "after notice, may dismiss the appeal on its own motion." The Court notified Akers that if she wished to

pursue her appeal, she was required to file a brief on or before August 17, 2018. And it gave notice that failure to do so could result in dismissal of Akers's appeal.

On August 30, appellee Wendell W. Webster filed a motion to dismiss on the grounds that Akers had still not filed a brief at that time. Dkt. 4.

As of September 10, 2018—nearly two months after the Rule 8018(a) deadline and over two weeks after the additional time provided by this Court—Akers still has not filed a brief.[1] The Court will therefore dismiss her appeal. A separate order consistent with this decision accompanies this memorandum opinion.

Date: September 10, 2018

DABNEY L. FRIEDRICH
United States District Judge

---

[1] Akers has, however, filed another Notice of Appeal dated June 1, 2018, and docketed under case No. 1:18-cv-01324. Although appellee asks the Court to dismiss that case as well, Dkt. 4 at 2 n.1, the Court declines to do so at this time.